# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff(s),<br>vs.<br>PAUL D. STOCKLER<br><br>　　　　　　　　　　　Defendant(s). | Case No. 3:14-CR-00059 SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Marcus S. Topel, hereby apply for permission to appear and
　　(name)
participate as counsel for Paul D. Stockler, Defendant
　　　　　　　　　　　(Name of party)　　　　　　　　　　　(plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  William H. Bittner                    , a member of the Bar of this court,
                              (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:  June 19, 2014

                                                                    /s/Marcus S. Topel
                                                         _____
                                                                       (Signature)
                                                         Kasowitz, Benson, Torres & Friedman
                                                                     (Printed Name)

                                                         101 California Street, Suite 2300
                                                                       (Address)

                                                         San Francisco, California 94111
                                                                    (City/State/Zip)

                                                         (415) 421-6140
                                                                  (Telephone Number)

                                                         mtopel@kasowitz.com
                                                                   (e-mail address)

### Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:  June 19, 2014

                                                                    /s/ William H. Bittner
                                                         _____
                                                                       (Signature)

                                                         William H. Bittner
                                                                     (Printed Name)

                                                         1127 West Seventh Avenue
                                                                       (Address)

                                                         Anchorage, Alaska  99501
                                                                   (City, State, Zip)

                                                         (907) 276-1550
                                                                     (Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Marcus S. Topel

Business Address: 101 Californai Street Suite 2300 , San Francisco, CA 94115
(Mailing/Street) (City, State, ZIP)

Residence: 1850 Duncan Springs road , Hopland, CA 95449
(Mailing/Street) (City, State, ZIP)

Business Telephone: (415) 421-6140    e-mail address: mtopel@kasowitz.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California | | 1972 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: June 19, 2014

_____
(Signature of Applicant)



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARCUS SANDERS TOPEL*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Marcus Sanders Topel, 54702, was on the 13th day of December 1972 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 3rd day of June 2014.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
C. Wong, Deputy Clerk